IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD KONEGAN,
    Plaintiff,

vs.                                   Case No. 5:09cv14/RH/EMT

FLORIDA DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

**O R D E R**

This cause is before the court on what appears to be a civil rights complaint, filed by Plaintiff pursuant to 42 U.S.C. § 1983 (*see* Doc. 1).  The court notes that Plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis.  Before this matter may proceed, Plaintiff must either pay the fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed motion and attachments.

Accordingly, it is **ORDERED**:

1. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.  This case number should be written on the forms.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall (1) pay the filing fee of $350.00, or (2) submit a fully completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account.

3. Plaintiff's failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 6<u>th</u> day of May 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**